| | |
|---|---|
| 1 | STEVEN G. KALAR |
|   | Federal Public Defender |
| 2 | JODI LINKER |
|   | Assistant Federal Public Defender |
| 3 | 450 Golden Gate Avenue |
|   | San Francisco, CA  94102 |
| 4 | Telephone:  (415) 436-7700 |
|   | Telefacsimile: (415) 436-7706 |
| 5 | |
|   | Counsel for Defendant GARCIA |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-13-0627 MMC |
|  | ) | |
| Plaintiff, | ) | STIPULATION AND [PROPOSED] |
|  | ) | ORDER TO CONTINUE SENTENCING |
| v. | ) | HEARING |
|  | ) | |
| OSCAR GARCIA MORALES, | ) | |
|  | ) | |
| Defendant. | ) | |
|  | ) | |

*US v. Garcia*, Case No. CR-13-0627 MMC;
Stip & [Proposed] Order to Continue Sentencing

1   The parties jointly request that, subject to the Court's approval, the sentencing hearing
2   presently set for April 9, 2014 be continued to April 23, 2014 at 2:00 pm.

3   On January 22, 2014, defendant Oscar Garcia pleaded guilty to a one count indictment
4   charging him with a violation of 8 U.S.C. § 1326, illegal reentry after deportation, pursuant to a
5   plea agreement with the government.  At that time, the Court scheduled April 9, 2014 for the
6   sentencing hearing.  Unfortunately, defense counsel had a scheduling issue that prevented a
7   timely interview for the Presentence Report.

8   Accordingly, the parties jointly request that the sentencing hearing be continued to April
9   23, 2014 at 2:00 pm.  The United States Probation Officer assigned to this case has been
10  consulted and has no objection to this request.

11  IT IS SO STIPULATED.

13  March 11, 2014                        /s/
    DATED                                 JANAKI GANDHI
14                                        Special Assistant United States Attorney

16  March 11, 2014                        /s/
    DATED                                 JODI LINKER
17                                        Assistant Federal Public Defender

18  IT IS SO ORDERED.

20  March 14, 2014
    DATED                                 MAXINE M. CHESNEY
21                                        United States District Judge

*US v. Garcia*, Case No. CR-13-0627 MMC;
Stip & [Proposed] Order to Continue Sentencing          1